IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| COMMUNITY OF HIPPOPOTAMUSES LIVING IN THE MAGDALENA RIVER,<br><br>Applicant,<br><br>To Issue Subpoenas For The Taking Of Depositions Pursuant To 28 U.S.C. § 1782. | Civil Action No: 1:21-mc-23 |

## ORDER

Upon consideration of the *Ex Parte* Application of Community of Hippopotamuses Living in the Magdalena River for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings, as well as the Declaration of Ariel Flint, the Declaration of Luis Domingo Gómez Maldonado, and the Memorandum of Points and Authorities submitted in support of the Application,

IT IS HEREBY ORDERED that:

1. The Application is granted.

2. Counsel for Applicant is authorized to issue subpoenas in substantially similar form to those attached to the Declaration of Ariel Flint as Exhibits A and B.

3. This Court shall retain such jurisdiction as is necessary to effectuate the terms of such subpoenas.

Dated at __Cincinnati__, Ohio this __15th__ day of October 2021.

*Karen L. Litkovitz*
United States Magistrate Judge